ALWIN CONSTRUCTION COMPANY, INC. *v.* DOUGLAS M.
COSTLE, COMMISSIONER OF ENVIRONMENTAL
PROTECTION ET AL.

The "Application of Co-Defendant, CBET, Inc., to
Join in the Motion for Review of Douglas M. Costle,
Commissioner of Environmental Protection" in the
appeal from the Court of Common Pleas in Fairfield
County is denied.

*Samuel M. Chambliss,* in support of the motion.

Submitted January 23—decided January 29, 1975

PAUL G. LIISTRO ET AL. *v.* NEWINGTON PLANNING AND
ZONING COMMISSION ET AL.

The plaintiffs' motion to dismiss the appeal of the
defendants Florence E. Ringquist and F. P. Car-
abillo Construction Company from the Court of
Common Pleas in Hartford County is denied.

*I. Milton Widem,* for the appellees (plaintiffs).

*Wesley W. Horton,* for the appellants (defendants
Ringquist et al.).

Argued February 4—decided February 4, 1975

STATE OF CONNECTICUT *v.* CHARLES FORD

The plaintiff's motion to dismiss the appeal from
the Superior Court in New Haven County is granted
unless the defendant complies with § 630A of the
rules of practice on or before March 4, 1975.

*Ernest J. Diette, Jr.,* assistant state's attorney, for
the appellee (state).

*Charles L. Flynn,* for the appellant (defendant).